No. A–534. DEMAREY *v.* UNITED STATES. Application for release pending appeal, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. D–1596. IN RE DISBARMENT OF GREENBERG. Disbarment entered. [For earlier order herein, see *ante*, p. 940.]

No. D–1597. IN RE DISBARMENT OF WOLLMAN. Disbarment entered. [For earlier order herein, see *ante*, p. 940.]

No. D–1598. IN RE DISBARMENT OF SIGNORE. Disbarment entered. [For earlier order herein, see *ante*, p. 940.]

No. D–1599. IN RE DISBARMENT OF WEISGERBER. Disbarment entered. [For earlier order herein, see *ante*, p. 940.]

No. D–1600. IN RE DISBARMENT OF INGLIS. Disbarment entered. [For earlier order herein, see *ante*, p. 941.]

No. D–1601. IN RE DISBARMENT OF BUSTAMANTE. Disbarment entered. [For earlier order herein, see *ante*, p. 941.]

No. D–1602. IN RE DISBARMENT OF BRYANT. Disbarment entered. [For earlier order herein, see *ante*, p. 961.]

No. D–1603. IN RE DISBARMENT OF SHAPIRO. Disbarment entered. [For earlier order herein, see *ante*, p. 961.]

No. D–1604. IN RE DISBARMENT OF CARSON. Disbarment entered. [For earlier order herein, see *ante*, p. 961.]

No. D–1605. IN RE DISBARMENT OF EDELL. Disbarment entered. [For earlier order herein, see *ante*, p. 961.]

No. D–1606. IN RE DISBARMENT OF SMITH. Disbarment entered. [For earlier order herein, see *ante*, p. 961.]

No. D–1609. IN RE DISBARMENT OF HENDRICKS. Disbarment entered. [For earlier order herein, see *ante*, p. 962.]

No. D–1610. IN RE DISBARMENT OF PHILLIPS. Disbarment entered. [For earlier order herein, see *ante*, p. 962.]

No. D–1612. IN RE DISBARMENT OF SUDDARD. Disbarment entered. [For earlier order herein, see *ante*, p. 985.]